# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:   Joseph Michael Cooper                                Chapter 13
                                                              Case No. 13-50115-pjs
               Debtor(s).                                     Hon. Phillip J. Shefferly
_____/

## ORDER EXEMPTING SPECIFIC DEBTS FROM DISCHARGE WITH RESPECT TO THE REAL PROPERTY LOCATED AT 42976 RYEGATE STREET, CANTON, MICHIGAN 48187

IT IS HEREBY ORDERED that the delinquent monthly mortgage payments with respect to the secured asset in the amount of $2,645.28 as of May 14, 2014 shall not be eligible for discharge pursuant to 11 USC 1328 (a)(1). These amounts shall not be deemed to have been paid, cured, or discharged upon the entry of an Order of Discharge for the Debtors. The Debtor shall remain indebted to Creditor for these amounts, and these amounts shall be collectable by Creditor pursuant to the terms of the Note and Mortgage, or subsequent agreement of the parties, after the entry of the Order of Discharge.

Signed on May 16, 2014

                                              /s/ Phillip J. Shefferly
                                              Phillip J. Shefferly
                                              United States Bankruptcy Judge